THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CARMINE ROMANELLI, Appellant.

Submitted May 17, 1948; decided May 21, 1948.

*Frank S. Hogan*, District Attorney (*Whitman Knapp* of counsel), for motion.

*Carmine Romanelli*, in person, opposed.

Motion granted and appeal dismissed.

FRANCES B. MENDOZA, Respondent, *v.* ARMANDO MENDOZA, Appellant.

Submitted May 17, 1948; decided May 21, 1948.

Motion by appellant for reargument of motion for leave to appeal denied, with $10 costs and necessary printing disbursements. [See 297 N. Y. 950.]

CORINNE C. WATERMAN, Appellant, *v.* JORDY & Co., INC., et al., Defendants. SOUTHER WHITTELSEY, Respondent.

Submitted May 17, 1948; decided May 21, 1948.

Motion by appellant for reargument of motion to dismiss appeal denied, with $10 costs and necessary printing disbursements. [See 297 N. Y. 957.]